## 19702. ROBERTSON *v.* THE STATE.

BROYLES, C. J. The evidence, while circumstantial, was sufficient to authorize the jury to find that it excluded every *reasonable* hypothesis save that of the defendant's guilt.

> *Judgment affirmed. Luke and Bloodworth, JJ., concur.*
> DECIDED JUNE 11, 1929. REHEARING DENIED JULY 9, 1929.

*S. R. Brooke,* for plaintiff in error.
*John C. Mitchell, solicitor-general,* contra.